UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

------------------------------------------------------ x
BLUE CROSS AND BLUE SHIELD OF  )
NORTH CAROLINA, et al.  ) Case No. 0:20-cv-01731
  )
                Plaintiffs,  ) Hon. Eric C. Tostrud
  v.  )
  )
RITE AID CORPORATION and RITE AID  )
HDQTRS. CORP.,  )
  )
                Defendants.  )
  )
------------------------------------------------------ x

**DECLARATION OF MICHAEL J. ABLESON IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER AND IN THE ALTERNATIVE DISMISS**

I, Michael J. Ableson, an attorney duly admitted to practice before this Court *pro hac vice*, declare as follows:

    1.    I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. I base this declaration upon my personal knowledge, publicly available documents, and the prior proceedings and papers in this action. I submit this declaration in support of the Defendants' Motion to Transfer and in the Alternative Dismiss, filed concurrently herewith, and to put before the Court certain documents that may be considered in the resolution of that motion.

    2.    Attached hereto as Exhibit A is a true and correct copy of excerpts from the annual financial statements of Rite Aid Corporation, which were filed with the Securities

and Exchange Commission, and which are publicly available on the Commission's website at https://www.sec.gov/cgi-bin/browse-edgar?CIK=84129&owner=exclude.

3. Attached hereto as Exhibit B is a true and correct copy of Prime Therapeutics LLC, *Provider Manual* (March 1, 2015) (available online at https://www.primetherapeutics.com/content/dam/corporate/Documents/Resources/Pharmacists/PharmacyProviderResources/ProviderManual/March12015PharmacyProviderManualEffectiveMarch12015.pdf) (last accessed Oct. 16, 2020) (cited at Complaint ¶ 40 n.34).

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from National Counsel for Prescription Drug Programs, *Telecommunication Version 5 Questions, Answers and Editorial Updates* (February 2010) (cited at Comp. ¶¶ 31 n.18, 45 n.36).

5. Attached hereto as Exhibit D is a true and correct copy of the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint of Plaintiff County of Monmouth, *Monmouth, et al. v. Rite Aid Corp.*, Civ. No. 2:20-cv-02024 (E.D. Pa. Aug. 14, 2020) (Dkt. No. 43-1).

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Bretta Grinsteinner, dated March 8, 2018, filed in *United States ex rel. Schutte v. Supervalu Inc.*, No. 3:11-cv-3290 (C.D. Ill. May 21, 2018) (Dkt No. 176-24).

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Bretta Grinsteinner dated November 29, 2018 from *United States ex rel. Proctor v. Safeway, Inc.*, No. 3:11-cv-3406 (C.D. Ill. Nov. 22, 2019) (Dkt No. 176-7).

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Michael D. Reichardt dated November 20, 2016 from *Corcoran v. CVS Pharmacy, Inc.*, No. 15-cv-03504-YGR (N.D. Cal. June 6, 2017) (Dkt. No. 280-30).

Dated: October 16, 2020
      New York City, New York

*/s/ Michael J. Ableson*
Michael J. Ableson