UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BCBS v. Rite Aid Litigation | Case No. 20-cv-01731-ECT-HB<br><br>**JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS TO AMEND THE PLEADINGS** |

Plaintiffs Blue Cross and Blue Shield of North Carolina (f/k/a North Carolina Blue Cross and Blue Shield, Inc.); Blue Cross Blue Shield of North Dakota (f/k/a Noridian Mutual Insurance Company); Blue Cross and Blue Shield of Alabama; Cambia Health Solutions, Inc.; Asuris Northwest Health; Regence BlueCross BlueShield of Utah; Regence BlueCross BlueShield of Oregon; Regence BlueShield; Regence BlueShield of Idaho, Inc.; Horizon Healthcare Services, Inc. (d/b/a Horizon Blue Cross Blue Shield of New Jersey); Horizon Healthcare of New Jersey, Inc. (d/b/a Horizon NJ Health); BCBSM, Inc. (d/b/a Blue Cross and Blue Shield of Minnesota); and HMO Minnesota (d/b/a Blue Plus) (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Rite Aid" and, collectively "the Parties") hereby move the Court, pursuant to Fed. R. Civ. P. 16(b)(4) and LR 16.3 for an Order extending the deadline for filing motions which seek to amend the pleadings from November 16, 2022 to December 16, 2022.

1

The Parties' motion is based upon the memorandum of law in support thereof, filed contemporaneously with this motion, and all of the files, records, and proceedings herein.

WHEREFORE, for good cause shown, the Parties respectfully request that this Court enter the proposed order submitted herewith extending the deadline for filing motions which seek to amend the pleadings from November 16, 2022 to December 16, 2022.

Dated:  November 16, 2022

**STINSON LLP**

By: */s/ Kadee J. Anderson*
Andrew Glasnovich (#0398366)
Kadee J. Anderson (#0389902)
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Andrew.Glasnovich@stinson.com
Kadee.Anderson@stinson.com

– *and* –

**CROWELL & MORING LLP**

Kent A. Gardiner (*Pro Hac Vice*)
Stephen J. McBrady (*Pro Hac Vice*)
Kelly Hibbert (*Pro Hac Vice)*
Daniel W. Wolff (*Pro Hac Vice*)
Jay DeSanto (*Pro Hac Vice*)
Madeline Moore (*Pro Hac Vice*)
10001 Pennsylvania Ave. NW, Suite 2805
Washington, D.C. 20004
Telephone: (202) 624-2500
kgardiner@crowell.com

        smcbrady@crowell.com
        dwolff@crowell.com
        jdesanto@crowell.com
        khibbert@crowell.com
        mmoore@crowell.com

***Attorneys for Plaintiffs***

Dated:  November 16, 2022

**KUTAK ROCK LLP**

By: */s/ Andrew R. Shedlock*
K. Jon Breyer (#302259)
Andrew R. Shedlock (#0395655)
60 S. 6th Street, Suite 3400
Minneapolis, MN 55402
Tel: (612) 334-5000
Jon.Breyer@kutakrock.com
Andrew.Shedlock@kutakrock.com


-and-


**HUNTON ANDREWS KURTH LLP**

Neil K. Gilman (*Pro Hac Vice*)
Christopher J. Dufek (*Pro Hac Vice*)
2200 Pennsylvania Avenue NW
Washington DC 20037
(202) 955-1500
ngilman@huntonAK.com

John B. Shely (*Pro Hac Vice)*
600 Travis Street, Suite 4200
Houston, TX  77002
(713) 220-4200
jshely@HuntonAK.com

***Attorneys for Defendants***