UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re: BCBS v. Rite Aid Litigation* § § § § § § | Case No. 20-cv-1731-ECT-JFD |

**RITE AID CORPORATION'S STATUS UPDATE PER COURT ORDER ECF NO. 233**

On October 15, 2023, Rite Aid Corporation[1] and certain subsidiaries (each, a "Debtor" and, collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the U.S. Code in the U.S. Bankruptcy Court for the District of New Jersey. Upon filing the petitions, an automatic stay came into effect immediately by operation of 11 U.S.C. § 362. The Bankruptcy Court has not been asked to nor has it issued an order to lift the stay as to this case. The Rite Aid Debtors have asked the Bankruptcy Court to set a bar date of December 22, 2023, for the filing of proofs of non-governmental claims against the Debtors. The proof of claim form and instructions can be found at https://restructuring.ra.kroll.com/RiteAid/EPOC-Index. The Bankruptcy Court is expected to hear the bar date request on November 16, 2023. The Bankruptcy Court provisionally scheduled a hearing on confirmation of the Debtor's proposed plan of reorganization for February 20, 2024, which is subject to change. Additional information regarding the chapter 11 cases can be found at https://restructuring.ra.kroll.com/RiteAid/Home-Index.

---

[1] Recognizing that the Court ordered a joint update (ECF No. 233), Plaintiffs' counsel have authorized Rite Aid to state that Plaintiffs consent to this filing, but inasmuch as they are unaware of the details of Rite Aid's bankruptcy, they do not believe a joint filing is appropriate.

Dated:  November 6, 2023

/s/ *John B. Shely*
John B. Shely (*pro hac vice*)
Courtney B. Glaser (*pro hac vice*)
Kelsey J. Hope (*pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street
Houston, TX 77002
Telephone: (713) 220-4200
jshely@HuntonAK.com
courtneyglaser@HuntonAK.com
kelseyhope@HuntonAK.com

Neil K. Gilman (*pro hac vice*)
Christopher J. Dufek (*pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500
ngilman@HuntonAK.com
cdufek@HuntonAK.com

K. Jon Breyer (302259)
Andrew R. Shedlock (0395655)
**KUTAK ROCK LLP**
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5000
jon.breyer@kutakrock.com
andrew.shedlock@kutakrock.com

*Attorneys for Defendants Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

## CERTIFICATE OF SERVICE

I, John B. Shely, hereby certify that on the 6th day of November, 2023, the foregoing document was filed electronically with the Clerk of Court through ECF, which constitutes service to registered users pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated:  November 6, 2023         /s/ *John B. Shely*
                                  John B. Shely (*pro hac vice*)
                                  **HUNTON ANDREWS KURTH LLP**
                                  600 Travis Street, Suite 4200
                                  Houston, Texas 77002
                                  Telephone: (713) 220-4200
                                  jshely@HuntonAK.com